# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD.<br>**Plaintiff,**<br>v.<br>LG ELECTRONICS, INC., ET AL<br>**Defendant.** | Civil No. 3:17-cv-1102-GPC-RBB<br><br>**PRO HAC VICE APPLICATION**<br><br>CyWee Group Ltd.<br>Party Represented |

I, __Alfonso Garcia Chan__ hereby petition the above entitled court to permit me
(Applicant)

to appear and participate in this case and in support of petition state:

My firm name: Shore Chan DePumpo LLP
Street address: 901 Main Street, Suite 3300
City, State, ZIP: Dallas, TX 75202
Phone number: (214) 593-9110
Email: achan@shorechan.com

That on __11/03/1999__ I was admitted to practice before __Texas Supreme Court__
(Date) (Name of Court)

and am currently in good standing and eligible to practice in said court,
that I am not currently suspended or disbarred in any other court, and
that I ☐ have) ☒ have not) concurrently or within the year preceding this application made
any pro hac vice application to this court.

**(If previous application made, complete the following)**

Title of case _____
Case Number _____ Date of Application _____
Application: ☐ Granted ☐ Denied

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Alfonso Garcia Chan
(Signature of Applicant)

## DESIGNATION OF LOCAL COUNSEL

I hereby designate the below named as associate local counsel.

Jill F. Kopeikin                                   (650) 428-3900
(Name)                                             (Telephone)

GCA LAW PARTNERS LLP
(Firm)

2750 W. El Camino Real, Suite 400, Mountain View, CA 94040
(Street)                        (City)                    (Zip code)

/s/ Alfonso Garcia Chan
(Signature of Applicant)

I hereby consent to the above designation.

/s/ Jill F. Kopeikin
(Signature of Designee Attorney)