CASTANEDA LAWYERS, P.C.
Juan Castañeda, Bar No. 240705
juan@castanedalawyers.com
550 Laguna Dr., Suite A
Carlsbad, CA  92008
Tel:   +1.858.225.8670
Fax:  +1.858.771.0913

MORGAN, LEWIS & BOCKIUS LLP
Eric Kraeutler (*Pro Hac Vice*)
eric.kraeutler@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:   +1.215.963.5000
Fax:  +1.215.963.5001

MORGAN, LEWIS & BOCKIUS LLP
Andrew V. Devkar, Bar No. 228809
andrew.devkar@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:   +1.310.907.1000
Fax:  +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Corey R. Houmand, Bar No. 268366
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:   +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendants
LG Electronics, Inc., LG Electronics U.S.A., Inc.,
and LG Electronics Mobilecomm U.S.A., Inc.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD., <br><br>Plaintiff, <br><br>vs. <br><br>LG ELECTRONICS, INC., et al., <br><br>Defendants. | Case No. 3:17-cv-01102-BEN-RBB <br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** |

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW

DB1/ 95432258.3

RESPONSE TO PLAINTIFF'S NOTICE OF
SUPPLEMENTAL AUTHORITY 3:17-CV-
01102-BEN-RBB

Plaintiff CyWee Group Ltd.'s ("CyWee") "Notice of Supplemental Authority" adds no new authority to weigh against the patent-ineligibility of the asserted claims as demonstrated in Defendants' ("LG") Renewed Motion to Dismiss. (Dkt. No. 49).

First, CyWee cites the "Quick Reference Sheet" from the Patent Office based on its citation of *Thales Visionix, Inc. v. United States*, 850 F.3d 1343 (Fed. Cir. 2017). But the *Thales* case is not new authority—it has already been fully briefed. As set forth in detail in LG's Reply Brief (Dkt. No. 54 at 3–6), the *Thales* claims were held eligible because they "use inertial sensors in a non-conventional manner to reduce errors in measuring the relative position and orientation of a moving object on a moving reference frame." 850 F.3d at 1348–49. In contrast, "CyWee's claims are different," LG demonstrated, because they are directed to mathematical concepts and "[n]either requires a non-conventional configuration or placement of sensors." (Dkt. No. 54 at 5:5–6).

Second, in addition to *Thales*, the "Quick Reference Sheet" likewise cites several cases demonstrating that claims directed to the performance of mathematical calculations, as in CyWee's asserted patents, are patent-ineligible. These cases include *Gottschalk v. Benson*, 409 U.S. 63 (1972), *Parker v. Flook*, 437 U.S. 584 (1978), and *Cybersource Corp. v. Retail Decisions, Inc.*, 654 F.3d 1366, (Fed. Cir. 2011), each of which was analyzed in LG's Renewed Motion to Dismiss. (*See generally*, Dkt. No. 49-1.) Thus, the "Quick Reference Sheet" cites cases already addressed by both parties' briefs, and is a non-event.

Finally, the Federal Circuit has held that subject matter eligibility guidelines published by the Patent Office, such as the "Quick Reference Sheet" discussed here, are "not binding on this Court" and therefore provide no supplemental authority to be considered. *In re Smith*, 815 F.3d 816, 819–20 (Fed. Cir. 2016).

| | | |
|---|---|---|
| Dated: | January 29, 2018 | */s/ Juan Castañeda*<br>CASTANEDA LAWYERS, P.C.<br>Juan Castaneda, Bar No. 240705<br>juan@castanedalawyers.com<br>550 Laguna Dr., Suite A<br>Carlsbad, CA  92008<br>Tel:    +1.858.225.8670<br>Fax:   +1.858.771.0913 |
| | | MORGAN, LEWIS & BOCKIUS LLP<br>Eric Kraeutler, (*Admitted Pro Hac Vice*)<br>eric.kraeutler@morganlewis.com<br>1701 Market Street<br>Philadelphia, PA  19103-2921<br>Tel:    +1.215.963.5000<br>Fax:   +1.215.963.5001 |
| | | MORGAN, LEWIS & BOCKIUS LLP<br>Andrew V. Devkar, Bar No. 228809<br>andrew.devkar@morganlewis.com<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067<br>Tel:    +1.310.907.1000<br>Fax:   +1.310.907.1001 |
| | | MORGAN, LEWIS & BOCKIUS LLP<br>Corey R. Houmand, Bar No. 268366<br>corey.houmand@morganlewis.com<br>1400 Page Mill Road<br>Palo Alto, CA  94304<br>Tel:    +1.650.843.4000<br>Fax:   +1.650.843.4001 |
| | | Attorneys for Defendants<br>LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. |