Juan Castañeda (State Bar No. 240705)
CASTAÑEDA LAWYERS, P.C.
550 Laguna Dr., Suite A
Carlsbad, CA 92008
Telephone: (858) 225-8670

ADDITIONAL COUNSEL LISTED
ON SIGNATURE PAGE

*Attorneys for Defendants*
*LG Electronics, Inc., LG Electronics U.S.A., Inc.,*
*and LG Electronics MobileComm U.S.A., Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC., <br><br> Defendants. | Case No.: 3:17-CV-01102-BEN-RBB <br><br> **CERTIFICATE OF SERVICE OF DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A, INC.'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY** <br><br> *Electronically Filed* |

I HEREBY CERTIFY that on January 29, 2018, I caused a true and correct copy of:

1. DEFENDANTS LG ELECTRONICS, INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.'S RESPONSE TO PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY.

1 to be filed with the Clerk of the United States District Court, using its ECF system,
2 which causes electronic notification of such filing to be sent to the persons below
3 at the email addresses registered with the ECF system.

<u>Attorneys for Plaintiff CyWee Group Ltd.</u>
Kent M. Walker
Lewis Kohn & Walker LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Telephone: (858) 436-1330
Fax: (858) 436-1349
kwalker@lewiskohn.com

Alfonso Garcia Chan
Ari Benjamin Rafilson
Christopher L Evans
Michael Wayne Shore
Paul T. Beeler
Shore Chan DePumpo LLP
901 Main Street
Suite 3300
Dallas, TX 75202
Telephone: 214-593-9110
Fax: 214-593-9111
achan@shorechan.com
arafilson@shorechan.com
cevans@shorechan.com
mshore@shorechan.com
pbeeler@shorechan.com

//
//
//
//
//
//
//

| | | |
|---|---|---|
|1| Dated: January 29, 2018 | */s/ Juan Castañeda*<br>Juan Castañeda (State Bar No. 240705)<br>juan@castanedalawyers.com<br>Castañeda lawyers, P.C.<br>550 Laguna Dr., Suite A<br>Carlsbad, CA 92008<br>Telephone: (858) 225-8670 |

MORGAN, LEWIS & BOCKIUS LLP
Eric Kraeutler, (*Admitted Pro Hac Vice*)
eric.kraeutler@morganlewis.com
1701 Market Street
Philadelphia, PA  19103-2921
Tel:  +1.215.963.5000
Fax:  +1.215.963.5001

MORGAN, LEWIS & BOCKIUS LLP
Andrew V. Devkar, Bar No. 228809
andrew.devkar@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel:  +1.310.907.1000
Fax:  +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Corey R. Houmand, Bar No. 268366
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA  94304
Tel:  +1.650.843.4000
Fax:  +1.650.843.4001

Attorneys for Defendants
LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.