CASTANEDA LAWYERS, P.C.
Juan Castañeda, Bar No. 240705
juan@castanedalawyers.com
550 Laguna Dr., Suite A
Carlsbad, CA 92008
Tel: +1.858.225.8670
Fax: +1.858.771.0913

MORGAN, LEWIS & BOCKIUS LLP
Eric Kraeutler (*Pro Hac Vice*)
eric.kraeutler@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: +1.215.963.5000
Fax: +1.215.963.5001

MORGAN, LEWIS & BOCKIUS LLP
Andrew V. Devkar, Bar No. 228809
andrew.devkar@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: +1.310.907.1000
Fax: +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Corey R. Houmand, Bar No. 268366
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

*Attorneys for Defendants and Counter-Plaintiffs LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

CYWEE GROUP LTD.,

*Plaintiff*,

vs.

LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.,

*Defendants*.

Case No. 3:17-CV-01102-BEN-RBB

**LGE'S ANSWER AND COUNTERCLAIMS TO CYWEE'S FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

1. Defendants LG Electronics, Inc. ("LGEKR"), LG Electronics U.S.A., Inc. ("LGEUSA"), and LG Electronics MobileComm U.S.A., Inc. ("LGEMU") (all named LG entities collectively referred to as "LGE") hereby submit their Answer and Counterclaims to Plaintiff CyWee Group Ltd.'s ("Plaintiff" or "CyWee") First Amended Complaint for Patent Infringement, Dkt. No. 45 ("Amended Complaint"). Except as otherwise admitted in this Answer, LGE denies each and every allegation in the Amended Complaint.

## PARTIES

2. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

3. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

4. LGEKR admits that Defendant LG Electronics, Inc. is a company incorporated in South Korea located at LG Twin Towers, 128 Yeoui-daero, Yeongdeungpo-gu, Seoul, South Korea. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

5. LGEUSA admits that Defendant LG Electronics U.S.A., Inc. is a Delaware corporation having a place of business on Sylvan Avenue, Englewood Cliffs, New Jersey 07632 and that LGEUSA is a wholly-owned subsidiary of LGEKR. LGEUSA admits that it may be served with process via its registered agent in California. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

6. LGEMU admits that Defendant LG Electronics MobileComm U.S.A., Inc. is a California corporation having a place of business in San Diego, California 92131 and that LGEMU is a wholly-owned subsidiary of LGEUSA. LGEMU admits that it may be served with process via its registered agent in California. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

7. LGE admits that the Amended Complaint purportedly refers to LGEKR, LGEUSA, and LGEMU collectively as "Defendants" or "LG." LGE denies the remaining allegations in this paragraph of the Amended Complaint.

## JURISDICTION AND VENUE

8. LGE admits that this action purportedly arises under the Patent Laws of the United States, 35 U.S.C. § 1, *et seq*. LGE admits that this Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a). LGE denies that it has committed any acts of infringement as alleged in the Amended Complaint.

9. This paragraph of the Amended Complaint sets out a legal conclusion to which no response is necessary. LGEKR, LGEMU, and LGEMR do not contest that this Court has personal jurisdiction over them for the purposes of this action only, but do not waive the right to contest personal jurisdiction in any other case or action in this District. LGE denies that it has committed acts of infringement in this District or elsewhere. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

10. Denied.

11. This paragraph of the Amended Complaint sets out a legal conclusion to

which no response is necessary. LGE denies the remaining allegations in this paragraph of the Amended Complaint. For purposes of this action only, LGE does not contest that venue is appropriate as to LGEMU.

12. LGEMU admits that LGEMU does not have a website separate from www.lg.com/us. LGE denies any remaining allegations in this paragraph of the Amended Complaint.

13. LGEMU admits that it offers, sells, services, and/or distributes LG products under the "LG" trademark. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

14. Denied.

15. This paragraph of the Amended Complaint sets out a legal conclusion to which no response is necessary. LGE denies the remaining allegations in this paragraph of the Amended Complaint. For purposes of this action only, LGEUSA does not contest that venue is appropriate, but LGEUSA does not waive the right to contest venue in any other case or action in this District.

16. This paragraph of the Amended Complaint sets out a legal conclusion to which no response is necessary. LGEKR admits that LGEKR is a Korean corporation. LGE denies the remaining allegations in this paragraph of the Amended Complaint. For purposes of this action only, LGEKR does not contest that venue is appropriate, but LGEKR does not waive the right to contest venue in any other case or action in this District.

## **WILLFUL INFRINGEMENT**

17. LGEKR admits that it had confidential pre-suit licensing discussions with Plaintiff. LGE admits that the complaints filed in this case have claim charts attached that CyWee characterized as illustrating LGE's alleged infringement of the patents-in-suit. LGE denies the remaining allegations in this paragraph of the Amended Complaint, and LGE specifically denies that it has committed any acts of infringement.

## BACKGROUND

**Patentee And The Asserted Patents.**

18. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

19. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

20. LGE admits that U.S. Patent No. 8,441,438 (the "'438 Patent") purportedly claims priority to U.S. Provisional Application No. 61/292,558 filed on January 6, 2010. LGE is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

21. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

22. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

**Background Of The Technology**

23. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.[1]

---

[1] In this and all similar paragraphs of the Amended Complaint citing to a declaration of Dr. Nicholas Gans, Plaintiff purportedly asserts opinions of its expert regarding the Asserted Patents. At the appropriate time, including in expert discovery, LGE will disclose opinions of its expert.

24. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

25. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

26. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

27. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

28. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

29. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

30. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

31. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

32. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

33. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

34. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

35. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

36. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

37. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

38. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

**The Prior Art**

39. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

**[ALLEGED] PATENT INFRINGEMENT OF U.S. PATENT NO. 8,441,438**

40. LGE repeats and incorporates by reference each of the answers in paragraphs 1 through 39 above as if fully set forth herein.

41. LGE admits that U.S. Patent No. 8,441,438 (the "'438 Patent") on its face bears the title "3D Pointing Device and Method for Compensating Movement Thereof,"

an issue date of May 14, 2013, and that the named inventors reflected on the patent are Zhou Ye, Chin-Lung Li, and Shun-Nan Liou. LGE admits that CyWee purports to be the assignee of the '438 Patent, but is without knowledge or information sufficient to form a belief as to the accuracy of this assertion. LGE is without sufficient knowledge or information to form a brief as to the truth of the remaining allegations set forth in this paragraph of the Complaint and therefore denies the same.

42. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

43. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

44. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

45. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

46. Denied

47. Denied.

48. Denied.

49. LGE admits that Exhibit A to the Amended Complaint purports to be a claim chart for the '438 Patent. LGE denies the remaining allegations set forth in this paragraph of the Amended Complaint.

50. Denied.

51. Denied.

52. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.[2]

53. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

54. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

55. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

56. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

57. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

58. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

59. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and

[2] In this and all similar paragraphs of the Amended Complaint, Plaintiff asserts a legal conclusion relating to claim elements of the Asserted Patents. The claims of the Asserted Patents have not been interpreted or construed by the Court. At the appropriate time, including in contentions and expert discovery, LGE will disclose its contentions regarding the claim elements of the Asserted Patents that are not satisfied.

therefore denies the same.

60. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

61. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

62. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

63. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

64. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

65. LGE admits that the LG V20 incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

66. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

67. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

68. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

69. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

70. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

71. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

72. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

73. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

74. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

75. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

76. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

77. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

78. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

79. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

80. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

81. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

82. LGE admits that the LG Stylo 3 incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

83. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

84. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

85. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

86. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

87. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

88. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

89. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

90. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

91. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

92. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

93. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

94. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

95. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

96. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

97. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

98. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

99. LGE admits that the LG Stylo 3 Plus incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

100. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

101. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

102. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

103. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

104. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

105. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

106. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

107. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

108. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

109. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

110. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

111. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

112. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

113. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

114. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

115. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

116. LGE admits that the LG G5 incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

117. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

118. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

119. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

120. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

121. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

122. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

123. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and

therefore denies the same.

124. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

125. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

126. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

127. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

128. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

129. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

130. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

131. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

132. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and

therefore denies the same.

133. LGE admits that the LG G6 incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

134. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

135. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

136. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

137. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

138. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

139. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

140. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

141. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

142. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

143. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

144. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

145. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

146. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

147. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

148. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

149. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

150. LGE admits that the LG X Mach incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

151. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

152. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

153. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

154. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

155. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

156. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

157. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

158. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

159. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

160. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

161. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

162. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

163. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

164. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

165. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

166. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

167. LGE admits that the LG X Venture incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

168. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

169. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

170. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

171. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

172. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

173. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

174. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

175. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

176. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

177. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

178. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

179. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

180. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

181. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

182. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

183. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

184. LGE admits that the LG X Power 2 incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

185. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

186. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

187. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

188. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

189. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

190. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

191. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

192. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

193. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

194. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

195. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

196. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

197. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

198. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

199. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

200. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

201. LGE admits that the LG X Cam incorporates an Android operating system. LGE denies the remaining allegations in this paragraph of the Amended Complaint.

202. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

203. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

204. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

**[ALLEGED] PATENT INFRINGEMENT OF U.S. PATENT NO. 8,552,978**

205. LGE repeats and incorporates by reference each of the answers in

paragraphs 1 through 204 above as if fully set forth herein.

206. LGE admits that U.S. Patent No. 8,552,978 (the "'978 Patent") on its face bears the title "3D Pointing Device and Method for Compensating Rotations of the 3D Pointing Device Thereof," an issue date of October 8, 2013, and that the named inventors reflected on the patent are Zhou Ye, Chin-Lung Li, and Shun-Nan Liou. LGE admits that CyWee purports to be the assignee of the '978 Patent, but is without knowledge or information sufficient to form a belief as to the accuracy of this assertion. LGE is without sufficient knowledge or information to form a belief as to the remaining allegations set forth in this paragraph of the Complaint and therefore denies the same.

207. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

208. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

209. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

210. Denied.

211. Denied.

212. Denied.

213. LGE admits that Exhibit B to the Amended Complaint purports to be a claim chart for the '978 Patent. LGE denies the remaining allegations set forth in this paragraph of the Amended Complaint.

214. Denied.

215. Denied.

216. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

217. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

218. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

219. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

220. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

221. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

222. Denied.

223. Denied.

224. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

225. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

226. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and

therefore denies the same.

227. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

228. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

229. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

230. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

231. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

232. Denied.

233. Denied.

234. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

235. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

236. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

237. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

238. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

239. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

240. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

241. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

242. Denied.

243. Denied.

244. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

245. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

246. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

247. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

248. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

249. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

250. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

251. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

252. Denied.

253. Denied.

254. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

255. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

256. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

257. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and

therefore denies the same.

258. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

259. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

260. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

261. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

262. Denied.

263. Denied.

264. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

265. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

266. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

267. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

268. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

269. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

270. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

271. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

272. Denied.

273. Denied.

274. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

275. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

276. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

277. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

278. LGE is without sufficient knowledge or information to form a belief as to

the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

279. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

280. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

281. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

282. Denied.

283. Denied.

284. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

285. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

286. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

287. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

288. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and

therefore denies the same.

289. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

290. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

291. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

292. Denied.

293. Denied.

294. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

295. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

296. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

297. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

298. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

299. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

300. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

301. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

302. Denied.

303. Denied.

304. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

305. LGE is without sufficient knowledge or information to form a belief as to the truth of the allegations set forth in this paragraph of the Amended Complaint and therefore denies the same.

## PRAYER FOR RELIEF

LGE denies that CyWee is entitled to any relief from LGE, whether sought in the Prayer for Relief or otherwise. CyWee's Prayer for Relief should, therefore, be denied in its entirety and with prejudice, and CyWee should take nothing from LGE.

## DEMAND FOR JURY TRIAL

LGE admits that CyWee has demanded a trial by jury.

## DEFENSES AND AFFIRMATIVE DEFENSES

LGE asserts the following defenses and affirmative defenses without assuming any burden of proof that rightfully should be placed on CyWee. Furthermore, LGE repeats and incorporates by reference each of its answers in paragraphs 1 through 305,

the Prayer for Relief, and Demand for Jury Trial as set forth above with each of the following defenses as if fully set forth herein.

**FIRST DEFENSE**

LGE has not infringed and does not infringe any valid and enforceable claim of the ’438 and ’978 Patents (collectively, the “Patents-in-Suit” or “Asserted Patents”), either directly or indirectly, either literally or under the doctrine of equivalents, because the accused instrumentalities do not practice every claimed limitation.

**SECOND DEFENSE**

The claims of the Patents-in-Suit are invalid for failure to meet the requirements of one or more sections of Title 35, United States Code, and/or Title 37, Code of Federal Regulations, including but not limited to one or more of 35 U.S.C. §§ 101, 102, 103, and 112, including because the patent claims are not directed to patentable subject matter, because one or more prior art references, individually or in combination, anticipate and/or render obvious the patent claims, because the patent claims are indefinite, and because the patent disclosures do not provide sufficient written description of the patent claims and/or do not enable those skilled in the art to make and use the patent claims.

**THIRD DEFENSE**

CyWee’s claims against LGE are barred, in whole or in part, by the doctrines of prosecution history estoppel and disclaimer, in particular based on statements or arguments made during prosecution of the relevant patent applications.

**FOURTH DEFENSE**

CyWee’s claims against LGE for recovery are barred, in whole or in part, by 35 U.S.C. § 286. For the purposes of this defense, the relevant calculation period for damages—as prescribed by statute—cannot be more than six years prior to the filing of the original complaint for infringement in this action before the Court in the Southern District of California.

**FIFTH DEFENSE**

CyWee's claims against LGE for recovery are barred, in whole or in part, by 35 U.S.C. § 287, in particular for failure to comply with the marking statute, and CyWee has not plead compliance with the marking statute.

**SIXTH DEFENSE**

CyWee's claims against LGE for recovery are barred, in whole or in part, by 35 U.S.C. § 288.

**SEVENTH DEFENSE**

CyWee's claims against LGE for recovery are barred, in whole or in part, by license, release, waiver, or exhaustion.

**EIGHTH DEFENSE**

LGE has not committed any acts of infringement, willful or otherwise, in this District or elsewhere, and the Patents-in-Suit are invalid, and thus CyWee cannot prove that this case is exceptional under 35 U.S.C. § 285 based on having knowledge of the Patents-in-Suit.

**NINTH DEFENSE**

A preliminary or permanent injunction would be improper in this case under the legal standards for injunctions because, among other things, CyWee is not competing with LGE, and the balance of hardships and public interest do not favor an injunction in this case.

**RIGHT TO AMEND ANSWER**

LGE reserves the right to amend its Answer to assert further defenses based on future discovery in this lawsuit.

**COUNTERCLAIMS**

Counterclaim-Plaintiff LG Electronics, Inc. ("LGEKR"), LG Electronics U.S.A., Inc. ("LGEUSA"), and LG Electronics MobileComm U.S.A., Inc. ("LGEMU") (all named LG entities collectively referred to as "LGE"), on personal knowledge as to its own acts, and on information and belief as to all others based on its own and its

attorneys' investigation, alleges Counterclaims against Counterclaim-Defendant CyWee Group Ltd. ("CyWee") as follows:

## THE PARTIES

1. Counterclaim-Plaintiff LG Electronics, Inc. is a South Korean corporation, with a place of business in Seoul, South Korea.

2. Counterclaim-Plaintiff LG Electronics U.S.A., Inc. is a Delaware corporation, with a place of business in Englewood Cliffs, New Jersey.

3. Counterclaim-Plaintiff LG Electronics MobileComm U.S.A., Inc. is a California corporation, with a place of business in Englewood Cliffs, New Jersey.

4. According to the allegations in paragraph 2 of the Amended Complaint, Counterclaim-Defendant CyWee Group Ltd. is a corporation existing under the laws of the British Virgin Islands with a principal place of business at 3F, No. 28, Lane 128, Jing Ye 1st Road, Taipei, Taiwan 10462.

## JURISDICTION AND VENUE

5. These Counterclaims arise under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, and the Declaratory Judgment Act, 28 U.S.C. §§ 2201-02.

6. This Court has subject matter jurisdiction over these Counterclaims under 28 U.S.C. §§ 1331, 1338, and 2201–02.

7. This Court has personal jurisdiction over CyWee because it consented to jurisdiction of this Court by filing this action against LGE in this Court.

8. Venue for these Counterclaims is proper in this District because CyWee has consented to the propriety of venue in this District by filing this action against LGE in this Court.

## COUNTERCLAIM COUNT 1

**Declaratory Judgment of Non-infringement of U.S. Patent No. 8,441,438**

9. LGE incorporates and re-alleges paragraphs 1–305 of its Answer, each of its Defenses and Affirmative Defenses, and paragraphs 1–8 of its Counterclaims.

10. As reflected in the Amended Complaint and LGE's Answer thereto, an actual controversy exists with respect to the alleged infringement of U.S. Patent No. 8,441,438 (the "'438 Patent").

11. Although CyWee alleges in its Amended Complaint that LGE infringed the claims of the '438 Patent, LGE has denied these allegations and contends that LGE has not infringed, and does not infringe, any claim of the '438 Patent, directly, indirectly, literally, or under the doctrine of equivalents, and will continue to suffer fees, costs and disruption in this action absent a declaration of non-infringement.

12. A judicial determination of the respective rights of the parties with respect to the infringement of the claims of the '438 Patent is now necessary and appropriate under 28 U.S.C. § 2201.

## COUNTERCLAIM COUNT 2

### Declaratory Judgment of Non-infringement of U.S. Patent No. 8,552,978

13. LGE incorporates and re-alleges paragraphs 1–305 of its Answer, each of its Defenses and Affirmative Defenses, and paragraphs 1–12 of its Counterclaims.

14. As reflected in the Amended Complaint and LGE's Answer thereto, an actual controversy exists with respect to the alleged infringement of U.S. Patent No. 8,552,978 (the "'978 Patent").

15. Although CyWee alleges in its Amended Complaint that LGE infringed the claims of the '978 Patent, LGE has denied these allegations and contends that LGE has not infringed, and does not infringe, any claim of the '978 Patent, directly, indirectly, literally, or under the doctrine of equivalents, and will continue to suffer fees, costs and disruption in this action absent a declaration of non-infringement.

16. A judicial determination of the respective rights of the parties with respect to the infringement of the claims of the '978 Patent is now necessary and appropriate under 28 U.S.C. § 2201.

## COUNTERCLAIM COUNT 3

**Declaratory Judgment of Invalidity of U.S. Patent No. 8,441,438**

17. LGE incorporates and re-alleges paragraphs 1–305 of its Answer, each of its Defenses and Affirmative Defenses, and paragraphs 1–16 of its Counterclaims.

18. As reflected in the Amended Complaint and LGE's Answer thereto, an actual controversy exists with respect to the alleged validity of the '438 Patent.

19. Although CyWee alleges in its Amended Complaint that the '438 Patent is valid, enforceable, and was duly issued in fully compliance with Title 35 of the United States Code, LGE has denied these allegations and contends that each and every claim of the '438 Patent is invalid because each claim fails to satisfy one or more conditions for patentability set forth in 35 U.S.C. § 101 *et seq.*, including, but not limited to sections 101, 102, 103, and 112.

20. A judicial determination of the respective rights of the parties with respect to invalidity of the claims of the '438 Patent is now necessary and appropriate under 28 U.S.C. § 2201.

## COUNTERCLAIM COUNT 4

**Declaratory Judgment of Invalidity of U.S. Patent No. 8,552,978**

21. LGE incorporates and re-alleges paragraphs 1–305 of its Answer, each of its Defenses and Affirmative Defenses, and paragraphs 1–20 of its Counterclaims.

22. As reflected in the Amended Complaint and LGE's Answer thereto, an actual controversy exists with respect to the alleged validity of the '978 Patent.

23. Although CyWee alleges in its Amended Complaint that the '978 Patent is valid, enforceable, and was duly issued in fully compliance with Title 35 of the United States Code, LGE has denied these allegations and contends that each and every claim of the '978 Patent is invalid because each claim fails to satisfy one or more conditions for patentability set forth in 35 U.S.C. § 101 *et seq.*, including, but not limited to sections 101, 102, 103, and 112.

24. A judicial determination of the respective rights of the parties with respect to invalidity of the claims of the ’978 Patent is now necessary and appropriate under 28 U.S.C. § 2201.

**DEMAND FOR JURY TRIAL**

LGE demands a trial by jury of all issues so triable in this action.

**PRAYER FOR RELIEF**

LGE prays for the following relief:

A. That CyWee’s claims against LGE be dismissed with prejudiced and that CyWee takes nothing by way of its First Amended Complaint;

B. That judgement be rendered in favor of LGE;

C. For a declaration that LGE has not infringed any claim of the ’438 Patent, directly, indirectly, literally or under the doctrine of equivalents;

D. For a declaration that LGE has not infringed any claim of the ’978 Patent, directly, indirectly, literally or under the doctrine of equivalents;

E. For a declaration that each and every claim of the ’438 Patent is invalid and/or unenforceable;

F. For a declaration that each and every claim of the ’978 Patent is invalid and/or unenforceable;

G. For an order finding this case exceptional under 35 U.S.C. § 285 in LGE’s favor and awarding LGE its reasonable attorneys’ fees and costs;

H. That LGE be awarded its costs incurred in this action; and

I. For such other and further relief as this Court deems just and proper.

Dated: June 29, 2018

Respectfully submitted,

By /s/ Juan C. Castañeda______

CASTANEDA LAWYERS, P.C.
Juan Castañeda, Bar No. 240705
juan@castanedalawyers.com
550 Laguna Dr., Suite A
Carlsbad, CA 92008
Tel: +1.858.225.8670
Fax: +1.858.771.0913

MORGAN, LEWIS & BOCKIUS LLP
Eric Kraeutler (*Pro Hac Vice*)
eric.kraeutler@morganlewis.com
1701 Market Street
Philadelphia, PA 19103-2921
Tel: +1.215.963.5000
Fax: +1.215.963.5001

MORGAN, LEWIS & BOCKIUS LLP
Andrew V. Devkar, Bar No. 228809
andrew.devkar@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: +1.310.907.1000
Fax: +1.310.907.1001

MORGAN, LEWIS & BOCKIUS LLP
Corey R. Houmand, Bar No. 268366
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

*Attorneys for Defendants and Counter-Plaintiffs LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.*