Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

CASTANEDA LAWYERS, P.C.
Juan Castañeda, Bar No. 240705
juan@castanedalawyers.com
550 Laguna Dr., Suite A
Carlsbad, CA 92008
Tel:  +1.858.225.8670
Fax:  +1.858.771.0913

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Defendants and Counter-Plaintiffs LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD., <br><br>*Plaintiff,*<br><br>vs.<br><br>LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC.,<br><br>*Defendants.* | CASE NO. 3:17- CV-01102-BEN-RBB<br><br>**JOINT HEARING STATEMENT, JOINT CLAIM CONSTRUCTION CHART, AND JOINT CLAIM CONSTRUCTION WORKSHEET**<br><br>DEMAND FOR JURY TRIAL |

Pursuant to Patent L.R. 4.2, Plaintiff CyWee Group Ltd. ("CyWee") and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively "LGE") submit the following disclosures and materials for U.S. Patent No. 8,441,438 (the "'438 patent") and U.S. Patent No. 8,552,978 (the "'978 patent").

## I. ANTICIPATED LENGTH OF TIME

The anticipated length of time necessary for the claim construction hearing is four (4) hours.

## II. WITNESSES AND EXPERTS

Plaintiff intends to call Dr. Joseph J. LaViola, Jr. A summary of CyWee's expert testimony is included in Exhibit A (the Joint Claim Construction Chart) attached hereto and references cited therein including Dr. LaViola's testimony in *CyWee v. Samsung*, No. 2:17-cv-00140 (E.D. Tex.), *CyWee v. Huawei*, No. 2:17-cv-00495 (E.D. Tex), and *CyWee v. Motorola*, No. 1:17-cv-00780-RGA (D. Del.).

LGE intends to call Dr. William R. Michalson, P.h.D. in support of its proposed constructions and claim construction positions, including how one of ordinary skill in the art would understand certain claim terms and whether the asserted claims satisfy 35 U.S.C. § 112. A summary of LGE's expert testimony is included in Exhibit A attached hereto

## III. MOST SIGNIFICANT TERMS

The parties identify the following terms as most significant to the resolution of the case. Because LGE alleges that terms 1, 2, and 3 are indefinite, construction of those terms may be dispositive with respect to the validity of the claims of which they are a part:

1. "utilizing a comparison to compare the first signal set with the second signal set" ('438 patent, claim 1)

2. "comparing the second quaternion in relation to the measured angular velocities $\omega x$, $\omega y$, $\omega z$ of the current state at current time T with the measured axial accelerations $Ax$, $Ay$, $Az$ and the predicted axial accelerations $Ax'$, $Ay'$, $Az'$ also at current time T" ('438 patent, claims 14, 19)

3. "receiving and calculating said first and second signal sets" ('438 patent, claim 1)

4. "using the orientation output and the rotation output to generate a transformed output associated with a fixed reference frame associated with a display device" ('978 patent, claim 10)

2

5. "global reference frame associated with Earth" (claim 10)

## IV. ORDER OF PRESENTATION

LGE will present its arguments first for terms it alleges are indefinite. For all other terms, CyWee will present its argument first.

## V. JOINT CLAIM CONSTRUCTION CHART

The parties' Joint Claim Construction Chart is attached hereto as Exhibit A. The parties agree that either party may cite evidence identified by the other, and that either party can rely on intrinsic evidence regardless of whether said evidence was explicitly listed in the Joint Claim Construction Chart.

## VI. JOINT CLAIM CONSTRUCTION WORKSHEET

The parties' Joint Claim Construction Worksheet is attached hereto as Exhibit B.

| | |
|---|---|
| Dated: January 9, 2019 | Respectfully submitted, |
| /s/ *Ari Rafilson* | /s/ *Andrew V. Devkar* |
| Kent M. Walker (State Bar No. 173700) | Juan Castañeda (CA SBN 240705) |
| kwalker@lewiskohn.com | juan@castanedalawyers.com |
| **Lewis Kohn & Walker llp** | **Castaneda Lawyers P.C.** |
| 15030 Avenue of Science, Suite 201 | 550 Laguna Drive, Ste. A |
| San Diego, CA 92128 | Carlsbad, CA 92008 |
| Tel: (858) 436-1330 | Telephone: (858) 225-8670 |
| Fax: (858) 436-1349 | Facsimile: (858) 771-0913 |
| | |
| Michael W. Shore* | Eric Kraeutler* |
| shore@shorechan.com | Eric.kraeutler@morganlewis.com |
| Alfonso Garcia Chan* | **Morgan Lewis & Brockius LLP** |
| achan@shorechan.com | 1701 Market Street |
| Christopher L. Evans* | Philadelphia, PA 19103-2921 |
| cevans@shorechan.com | Telephone: (215) 963-5000 |
| Ari Rafilson* | Facsimile: (215) 963-5001 |
| arafilson@shorechan.com | |
| William D. Ellerman* | Andrew V. Devkar (CA SBN 228809) |
| wellerman@shorechan.com | Andrew.devkar@morganlewis.com |
| Paul T. Beeler* | **Morgan Lewis & Brockius LLP** |
| pbeeler@shorechan.com | 2049 Century Park East, Ste. 700 |
| **Shore Chan DePumpo LLP** | Los Angeles, CA 90067 |
| 901 Main Street, Suite 3300 | Telephone: (310) 907-1000 |
| Dallas, Texas 75202 | Facsimile: (310) 907-1001 |
| Telephone: (214) 593-9110 | |
| Facsimile: (214) 593-9111 | Corey R. Houmand (CA SBN 268366) |
| (*Admitted p*ro hac vice*) | Corey.houmand@morganlewis.com |
| | **Morgan Lewis & Brockius LLP** |
| *Attorneys for Plaintiff CyWee Group Ltd.* | 1400 Page Mill Road |
| | Palo Alto, CA 94304 |
| | Telephone: (650) 843-4000 |
| | Facsimile: (650) 843-4001 |
| | (*Admitted p*ro hac vice*) |
| | |
| | *Attorneys for Defendants LG Electronics, Inc. LG Electronics U.S.A, Inc., and LG Electronics MobileComm U.S.A., Inc.* |

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record are being served with a copy of this document via e-mail on January 9, 2019.

                                     */s/ Ari Rafilson*
                                     Ari Rafilson