Kent M. Walker
(State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

CASTANEDA LAWYERS, P.C.
Juan Castañeda, Bar No. 240705
juan@castanedalawyers.com
550 Laguna Dr., Suite A
Carlsbad, CA 92008
Tel:  +1.858.225.8670
Fax:  +1.858.771.0913

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Defendants and Counter-Plaintiffs LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD., <br><br> *Plaintiff,* <br><br> vs. <br><br> LG ELECTRONICS INC., LG ELECTRONICS U.S.A., INC., AND LG ELECTRONICS MOBILECOMM U.S.A., INC., <br><br> *Defendants.* | CASE NO. 3:17- CV-01102-BEN-MSB <br><br> **JOINT MOTION TO STAY PENDING INTER PARTES REVIEW** <br><br> DEMAND FOR JURY TRIAL |

Plaintiff CyWee Group Ltd. ("CyWee") and Defendants LG Electronics Inc., LG Electronics U.S.A. Inc., and LG Electronics MobileComm U.S.A., Inc. (collectively "LGE") hereby jointly move for a stay of this action pending the final resolution, including any appeal, of *inter partes* review of the patents-in-suit.

On June 14, 2018, Google LLC filed petitions for *inter partes* review ("IPR") challenging certain claims in U.S. Patent Nos. 8,441,438 and 8,552,978 (collectively, the "patents-in-suit"): IPR2018-01257 and IPR2018-01258 (the "IPR Proceedings"). On December 11, 2018, the Patent Trial and Appeal Board instituted the IPR Proceedings on all challenged claims of the patents-in-suit. On January 10, 2019, LGE and ZTE each filed IPR petitions seeking joinder to the original petitions. On January 14, 2019, this Court stayed the related ZTE action pending final resolution, including any appeal, of the IPR proceedings on the patents-in-suit. *See CyWee Group, Ltd. v. ZTE (USA), Inc.*, Case No. 3:17-cv-02130-BEN, Dkt. No. 87.

LGE indicated its intent to move to stay this case pending completion of the IPR Proceedings; in the interest of avoiding unnecessary motion practice, and to conserve judicial resources, the parties have agreed to jointly request to stay this case pending final resolution of the IPR Proceedings. It is hereby stipulated by the parties, subject to the approval of the Court, that this case is stayed pending final resolution, including any appeal, of the IPR Proceedings on the patents-in-suit. Each party reserves the right to request that the stay be lifted or modified due to changed circumstances. For the foregoing reasons, the parties submit that good cause exists for staying this case pending final resolution, including any appeal, of the IPR Proceedings, and, accordingly, respectfully request that the Court grant the motion.

| | |
|---|---|
| Dated: January 18, 2019 | Respectfully submitted, |

*/s/ Ari Rafilson*
Kent M. Walker (State Bar No. 173700)
kwalker@lewiskohn.com
**Lewis Kohn & Walker llp**
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

Michael W. Shore*
shore@shorechan.com
Alfonso Garcia Chan*
achan@shorechan.com
Christopher L. Evans*
cevans@shorechan.com
Ari Rafilson*
arafilson@shorechan.com
William D. Ellerman*
wellerman@shorechan.com
Paul T. Beeler*
pbeeler@shorechan.com
**Shore Chan DePumpo LLP**
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone: (214) 593-9110
Facsimile: (214) 593-9111
(*Admitted p*ro hac vice*)

*Attorneys for Plaintiff CyWee Group Ltd.*

*/s/ Andrew V. Devkar*
Juan Castañeda (CA SBN 240705)
juan@castanedalawyers.com
**Castaneda Lawyers P.C.**
550 Laguna Drive, Ste. A
Carlsbad, CA 92008
Telephone: (858) 225-8670
Facsimile: (858) 771-0913

Eric Kraeutler*
Eric.kraeutler@morganlewis.com
**Morgan Lewis & Brockius LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Facsimile: (215) 963-5001

Andrew V. Devkar (CA SBN 228809)
Andrew.devkar@morganlewis.com
**Morgan Lewis & Brockius LLP**
2049 Century Park East, Ste. 700
Los Angeles, CA 90067
Telephone: (310) 907-1000
Facsimile: (310) 907-1001

Corey R. Houmand (CA SBN 268366)
Corey.houmand@morganlewis.com
**Morgan Lewis & Brockius LLP**
1400 Page Mill Road
Palo Alto, CA 94304
Telephone: (650) 843-4000
Facsimile: (650) 843-4001
(*Admitted p*ro hac vice*)

*Attorneys for Defendants LG Electronics, Inc.*
*LG Electronics U.S.A, Inc., and LG Electronics MobileComm U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 18, 2019.

>*/s/ Andrew V. Devkar*
>Andrew V. Devkar