FILED
JAN 23 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP, LTD.,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC., et al.,<br><br>　　　　　　　Defendants. | Case No.: 3:17-cv-01102-BEN-MSB<br><br>**ORDER GRANTING JOINT MOTION TO STAY [Doc. 93]** |

The parties jointly move for a stay of this action pending the final resolution, including any appeal, of *inter partes* review ("IPR") of the patents-in-suit. [Doc. 93.] On June 14, 2018, Google LLC filed petitions for IPR challenging certain claims in the patents at issue in this lawsuit: U.S. Patent Nos. 8,441,438 and 8,552,978. On December 11, 2018, the Patent Trial and Appeal Board instituted the IPR Proceedings on all challenged claims. Accordingly, the joint motion to stay is **GRANTED**, and this action is stayed pending final resolution, including any appeal, of IPR Proceedings on the patents-in-suit. The parties shall jointly notify the Court within **10 days** of the final resolution of IPR.

**IT IS SO ORDERED.**

DATED: January __, 2019

　　　　　　　　　　　　　　　　　HON. ROGER T. BENITEZ
　　　　　　　　　　　　　　　　　United States District Judge

1

3:17-cv-01102-BEN-MSB