Kent M. Walker
(State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Plaintiff CyWee Group Ltd.*

Juan Castañeda
(State Bar No. 240705)
juan@castanedalawyers.com
CASTANEDA LAWYERS, P.C.
550 Laguna Dr., Suite A
Carlsbad, CA 92008
Tel: (858) 225-8670
Fax: (858) 771-0913

ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE
*Attorneys for Defendants and Counter-Plaintiffs LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYWEE GROUP LTD.,<br><br>*Plaintiff,*<br><br>vs.<br><br>LG ELECTRONICS INC.,<br>LG ELECTRONICS U.S.A., INC.,<br>AND LG ELECTRONICS<br>MOBILECOMM U.S.A., INC.,<br><br>*Defendants.* | CASE NO. 3:17- CV-01102-BEN-RBB<br><br>**JOINT STATUS REPORT**<br><br>DEMAND FOR JURY TRIAL |

Pursuant to the Court's May 20, 2021 Order (ECF No. 98), Plaintiff CyWee Group Ltd. and Defendants LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics Mobilecomm U.S.A., Inc. respectfully submit the following Joint Status Report:

On February 17, 2021, the PTAB held the following claims invalid in an *inter partes* review proceeding filed by ZTE and joined by Defendant LG Electronics Inc. (the "ZTE IPR"):

| Asserted Patent | IPR Case No. | Original Claim Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2019-00143 | 1, 4, 5, 14–17, 19 | 20-24 |

CyWee appealed the PTAB's final written decision in the ZTE IPR on April 8, 2021. That appeal is pending.

On January 9, 2020, the PTAB held the following claims invalid in two *inter partes* review proceedings filed by Google and joined by Defendant LG Electronics Inc. (the "Google IPRs").

| Asserted Patent | IPR Case No. | Original Claims Held Invalid | Proposed Contingent Amended Claims Held Invalid |
|---|---|---|---|
| 8,441,438 | IPR2018-01258 | 1, 3–5 | 20, 21 |
| 8,552,978 | IPR2018-01257 | 10, 12 | 19, 20 |

CyWee appealed the PTAB's final written decision in the Google IPRs. The Federal Circuit Court of Appeals affirmed that decision. On April 4, 2021 CyWee filed a petition for *en banc* review. That Federal Circuit has not yet ruled on that petition.

Because the appeals are pending, neither party requests lifting the stay at this

time.

Dated: May 24, 2021

Respectfully submitted,

/s/ Ari Rafilson
Kent M. Walker
(State Bar No. 173700)
kwalker@lewiskohn.com
LEWIS KOHN & WALKER LLP
15030 Avenue of Science, Suite 201
San Diego, CA 92128
Tel: (858) 436-1330
Fax: (858) 436-1349

Michael W. Shore*
shore@shorechan.com
Alfonso Garcia Chan*
achan@shorechan.com
Ari Rafilson*
arafilson@shorechan.com
William D. Ellerman*
wellerman@shorechan.com
Paul T. Beeler*
pbeeler@shorechan.com
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Tele: (214) 593-9110
Fax: (214) 593-9111
(*Admitted Pro Hac Vice)

*Attorneys for Plaintiff CyWee Group Ltd.*

/s/ Andrew V. Devkar
Juan Castañeda
(State Bar No. 240705)
CASTANEDA LAWYERS, P.C.
juan@castanedalawyers.com
550 Laguna Dr., Suite A
Carlsbad, CA  92008
Tel:   (858) 225-8670
Fax:   (858) 771-0913

Eric Kraeutler (*Pro Hac Vice*)
eric.kraeutler@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103-2921
Tel: (215) 963-5000
Fax: (215) 963-5001

Andrew V. Devkar, Bar No. 228809
andrew.devkar@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
2049 Century Park East, Suite 700
Los Angeles, CA 90067
Tel: (310) 907-1000
Fax: (310) 907-1001

Corey R. Houmand
(State Bar No. 268366)
corey.houmand@morganlewis.com
MORGAN LEWIS & BOCKIUS LLP
1400 Page Mill Road
Palo Alto, CA  94304
Tel: (650) 843-4000
Fax: (650) 843-4001

*Attorneys for Defendants and Counter-Plaintiffs LG Electronics, Inc., LG Electronics U.S.A., Inc., and LG Electronics MobileComm U.S.A., Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on May 24, 2021.

/s/ *Ari Rafilson*
Ari Rafilson